UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>v.<br><br>PEETS COFFEE, INC.,<br><br>    Defendant. | Case No. 21-cv-09361-JSW<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**<br><br>Re: Dkt. No. 19 |

On April 15, 2022, the Court granted Defendant's motion to dismiss and gave Plaintiff until May 6, 2022 to file an amended complaint. Plaintiff has not filed an amended complaint by that deadline. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed. Plaintiff's response to this Order to Show Cause shall be due by May 23, 2022, and if Plaintiff fails to respond by that date, the Court will dismiss this case and enter judgment without further notice to Plaintiff.

**IT IS SO ORDERED**.

Dated: May 16, 2022

_____
JEFFREY S. WHITE
United States District Judge