UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN WHITAKER,

    Plaintiff,

v.

PEETS COFFEE, INC.,

    Defendant.

Case No. 21-cv-09361-JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND ORDERING DISCOVERY ON STANDING**

Re: Dkt. No. 20

The Court has received Plaintiff's response to the Order to Show Cause issued on May 16, 2022. The Court DISCHARGES the Order to Show Cause. The Court will accept Plaintiff's amended complaint for filing. However, the Court HEREBY ORDERS jurisdictional discovery, in the form of a deposition, on Plaintiff's standing to seek injunctive relief. The Court will toll Defendant's time to answer or otherwise respond until after that deposition is complete. The Court will not require Plaintiff to travel to the Bay Area to participate in the deposition.

That deposition shall be completed by no later than July 1, 2022. Defendant shall either answer or file a motion to dismiss by no later than July 15, 2022. If Defendant moves to dismiss, the briefing schedule set forth in the Northern District Civil Local Rules will govern. Defendant need not notice a hearing date. The Court will consider the parties' papers and determine if an evidentiary hearing on standing is warranted.

**IT IS SO ORDERED**.

Dated: May 31, 2022

_____
JEFFREY S. WHITE
United States District Judge