CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
DennisP@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, | Case No.: 4:21-cv-09361-JSW |
| Plaintiff, | **Plaintiff's Notice of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(i)** |
| v. | |
| **Peet's Coffee, Inc.,** a Virginia Corporation, | |
| Defendant. | Honorable Judge Jeffrey S. White |

PLEASE TAKE NOTICE:

Pursuant to FRCP 41(a)(1)(A)(i) Plaintiff voluntarily dismisses his claims pending in this action without prejudice.

Dated: June 24, 2022                     CENTER FOR DISABILITY ACCESS

By: ＿＿/s/ Dennis Price＿＿

Dennis Price, Esq.

Attorneys for Plaintiff